

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,854-01

### EX PARTE JOEDAVID ALEXANDER ROJAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1494013-A IN THE 182ND DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of assault of a family member and sentenced to imprisonment.

Applicant filed this habeas application in the trial court on June 16, 2017, arguing ineffective assistance of counsel, involuntary plea, and actual innocence. The trial court entered an order designating issues on July 10, 2017. The district clerk forwarded the habeas application to this Court, and it was received here on May 6, 2019, but there are no findings from the trial court resolving the disputed factual issues. The application is remanded to the trial court to allow the trial judge to

complete an evidentiary investigation and enter findings of fact and conclusions of law resolving the disputed factual issues.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: May 22, 2019
Do not publish